NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of E.M., a child.

L.B.,

        Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

        Appellees.

Case No. 2D19-3107

Opinion filed December 6, 2019.

Appeal from the Circuit Court for
Pinellas County; James V. Pierce,
Acting Circuit Judge.

Ita M. Neymotin, Regional Counsel,
Second District, and David C. Chafin,
Assistant Regional Counsel, Office of
Criminal Conflict and Civil Regional
Counsel, Fort Myers, for Appellant.

Bernie McCabe, State Attorney,
Clearwater, and Leslie M. Layne,
Assistant State Attorney, Clearwater,
for Appellee Department of Children
and Families.

Thomasina Moore and Joanna
Summers Brunell, Appellate Counsel,

Tallahassee, for Appellee Guardian ad
Litem Program.


PER CURIAM.


Affirmed.


SILBERMAN, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.